IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DEMETRIC SIMON** | * | |
| | * | |
| Plaintiff, | * | Case No. 22-cv-00549-JRR |
| | * | |
| v. | * | |
| | * | |
| **OFFICER KEITH GLADSTONE**, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF ENTRY OF APPEARANCE

Annie M. Kenville hereby enters her appearance as co-counsel for Defendants, Sean Miller, Benjamin Frieman, Robert Hankard, and Wayne Jenkins, in the above-captioned matter.

Respectfully submitted,

*s/ Annie M. Kenville*
Annie M. Kenville (Bar No. 20489)
akenville@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
100 Light Street, 19th Floor
Baltimore, MD  21202
Phone:  410-862-1321
Fax:  410-547-0699

*Counsel for Defendants Sean Miller, Benjamin Frieman, Robert Hankard, and Wayne Jenkins*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of July, 2022, I caused the foregoing Notice of Entry of Appearance to be electronically filed and served via this Court's CM/ECF e-filing system on the following:

Alexa Ackerman
Baltimore County Office of Law
400 Washington Avenue Suite 219
Towson, MD 21204
alexa.ackerman@baltimorecity.gov

James Arba Henry Corley
Baltimore City Department of Law
100 N Holliday St. Ste. 101
Baltimore, MD 21202
jim.corley@baltimorecity.gov

*Counsel for Defendants Baltimore City Police Department, Ryan Gunn, Dean Palmere,*

Lawrence S Greenberg
Greenberg Law Office
6 E. Biddle St.
Baltimore, MD 21202
larry@greenberglawyers.com

*Counsel for Plaintiff Demetric Simon*

Michael Alan Wein
Law Offices of Michael A. Wein, LLC
7829 Belle Point Drive
Greenbelt, MD 20770
weinlaw@hotmail.com

*Counsel for Plaintiff Demetric Simon*

Christopher Jeffries
Kraham & Graham
One South Street, Ste. 2600
Baltimore, MD 21202
cjeffries@kg-law.com

*Counsel for Keith Gladstone*

and via first class, postage prepaid U.S. mail on the following:

Officer Carmine Vignola
601 E. Fayete Street
Baltimore, MD 21202

                                                   *s/ Annie M. Kenville*
                                                   Annie M. Kenville